United States District Court
Western District of Washington At Seattle

| | |
|---|---|
| Steven J. Garletts,<br><br>    Plaintiff,<br><br>vs.<br><br>The United States of America; U.S. Department of Veterans Affairs VA Puget Sound Health Care System Seattle Division; and Unknown John Does and John Doe Clinics,<br><br>    Defendant. | No. 2:14-CV-00213<br><br>Notice of Voluntary Dismissal Without Prejudice |

   Pursuant to FRCP 41(a)(1)(A), the Plaintiff Steven J. Garletts, by and through his undersigned attorneys, hereby dismisses all claims against all defendants in this matter without prejudice.  There has been no appearance, answer, counter-claim or motion for summary judgment filed by an adverse party in this matter.  Therefore, the Plaintiff, as a matter of right, dismisses this case without prejudice.

Notice of Voluntary Dismissal
Without Prejudice
Page 1 of 2
Case No. 14-CV-00213

**LAW OFFICES OF GEORGE KARGIANIS**
2121 FIFTH AVENUE
**SEATTLE, WASHINGTON 98121**
TELEPHONE 206-441-4220

|   |   |
|---|---|
| **DATED this 14th day of February, 2014.** | **DATED this 14th day of February, 2014.** |
| *s/Gordon Webb* | *s/George Kargianis* |

DATED this **14th** day of February, 2014.　　　DATED this **14th** day of February, 2014.

*s/Gordon Webb*　　　　　　　　　　　　　　　*s/George Kargianis*

Gordon C. Webb, WSBA # 22777　　　　　George Kargianis, WSBA # 286
Webb Law Firm　　　　　　　　　　　　　　Law Offices of George Kargianis
225 106th Avenue North East　　　　　　　2121 Fifth Avenue
Bellevue, Washington 98004　　　　　　　　Seattle, Washington 98121
Direct Telephone  425.454.3800　　　　　　Direct Telephone  206.624.5370
Direct Facsimile   425.307.6449　　　　　　 Direct Facsimile   206.441.4220
E-mail: Gordon@webblawfirm.net　　　　　E-mail:  George@kargianislaw.com
Attorney for Plaintiff　　　　　　　　　　　Attorney for Plaintiff

Notice of Voluntary Dismissal
Without Prejudice
Page 2 of  2
Case No.  14-CV-00213

**LAW OFFICES OF GEORGE KARGIANIS**
2121 FIFTH AVENUE
**SEATTLE, WASHINGTON 98121**
TELEPHONE 206-441-4220